IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JEFFERY KNIG                                                                                              PLAINTIFF

VS.                                                            CIVIL ACTION NO.:  5:24-CV-51-DCB-ASH

MAGNOLIA HEALTHCARE, INC. D/B/A
HAVEN HALL HEALTHCARE CENTER                                            DEFENDANT

## NOTICE OF SERVICE

TO:   Counsel of Record

Notice is hereby given that Defendant Magnolia Healthcare, Inc. has this date served in the above-entitled action, the following pleadings:

1. *Defendant's Responses to Plaintiff's First Set of Interrogatories.*
2. *Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents.*

Pursuant to local rules, the undersigned retains the original(s) of the above paper(s) as custodian thereof.

**RESPECTFULLY SUBMITTED**, this **22nd** day of **January, 2025**.

        MAGNOLIA HEALTHCARE, INC. D/B/A
        HAVEN HALL HEALTHCARE CENTER
        DEFENDANT

        By:   */s/ Louis G. Baine, III*
            LOUIS G. BAINE, III

OF COUNSEL:

LOUIS G. BAINE, III (MSB# 1705)
PAGE, KRUGER & HOLLAND, P.A.
Post Office Box 320999
Flowood, Mississippi 39232-0999
lbaine3@pagekruger.com
Phone: (601) 420-0333
Facsimile: (601) 420-0033

2

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney of record, do hereby certify that I have this day forwarded via electronic mail a true and correct copy of the above and forgoing document to:

>Louis H. Watson, Jr.
>Nick Norris
>Watson & Norris, PLLC
>4209 Lakeland Drive # 365
>Jackson, MS 39232-9212
>louis@watsonnorris.com
>nick@watsonnorris.com

This **22nd** day of **January, 2025**.

>By:   */s/ Louis G. Baine, III*
>      LOUIS G. BAINE, III