IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JEFFERY KNIG                                                      PLAINTIFF

VS.                                    CIVIL ACTION NO.:  5:24-CV-51-DCB-ASH

MAGNOLIA HEALTHCARE, INC. D/B/A
HAVEN HALL HEALTHCARE CENTER                          DEFENDANT


## NOTICE OF SERVICE

TO:    Counsel of Record

Notice is hereby given that Defendant Magnolia Healthcare, Inc. has this date served in the

above-entitled action, the following pleadings:

1.    *Defendant's Responses to Plaintiff's First Set of Interrogatories.*
2.    *Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents.*

Pursuant to local rules, the undersigned retains the original(s) of the above paper(s) as

custodian thereof.

**RESPECTFULLY SUBMITTED**, this **22nd** day of **January, 2025**.

MAGNOLIA HEALTHCARE, INC. D/B/A
HAVEN HALL HEALTHCARE CENTER
DEFENDANT

By:    */s/ Louis G. Baine, III*
       LOUIS G. BAINE, III

OF COUNSEL:

LOUIS G. BAINE, III (MSB# 1705)
PAGE, KRUGER & HOLLAND, P.A.
Post Office Box 320999
Flowood, Mississippi 39232-0999
lbaine3@pagekruger.com
Phone: (601) 420-0333
Facsimile: (601) 420-0033

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, do hereby certify that I have this day forwarded via electronic mail a true and correct copy of the above and forgoing document to:

> Louis H. Watson, Jr.
> Nick Norris
> Watson & Norris, PLLC
> 4209 Lakeland Drive # 365
> Jackson, MS 39232-9212
> louis@watsonnorris.com
> nick@watsonnorris.com

This **22nd** day of **January, 2025**.

By:  */s/ Louis G. Baine, III*
LOUIS G. BAINE, III