UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JEFFERY KING                                                                                          PLAINTIFF

V.                                                              CIVIL ACTION NO.: 5:24-cv-51-DCB-ASH

MAGNOLIA HEALTHCARE, INC.
doing business as Haven Hall Healthcare Center                                         DEFENDANT

## ORDER OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties.

SO ORDERED, this the  23rd  day of January, 2026.

                                                      s/David Bramlette
                                                     UNITED STATES DISTRICT JUDGE